UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TERRELL D'WAYNE BURNLEY, JR.,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about December 5, 2023, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

TERRELL D'WAYNE BURNLEY, JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a black Glock 29 10mm pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
PATRICK J. CASTLE
Assistant United States Attorney